ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Telephone: (212) 682-4940
Jeffrey Traurig
jtraurig@archerlaw.com

*Counsel to LN Legal Consulting Group, LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUNEDISON, INC., *et al.*, | Case No. 16-10992 (SMB) |
| Debtors. | (Jointly Administered) |
| SUNEDISON LITIGATION TRUST, | Adv. Pro. No. 18-01362 (SMB) |
| Plaintiff, | |
| v. | |
| LN LEGAL CONSULTING GROUP, LLP, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Jeffrey Traurig hereby withdraws his appearance as counsel for LN Legal Consulting Group, LLP ("LN Legal") in the above-captioned case (the "Case"), and requests that he be removed from any applicable service lists in the Case.

**PLEASE TAKE FURTHER NOTICE** that Archer & Greiner, P.C. will continue to represent LN Legal in the Case.

Date: January 30, 2020          **ARCHER & GREINER, P.C.**

/s/ Jeffrey Traurig
JEFFREY TRAURIG
630 Third Avenue
New York, New York 10017
212.682.4940
jtraurig@archerlaw.com

217871517v1